UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRICE FRILLICI, | CASE NO. C25-2438-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |
| v. | |
| ESSENTIA INSURANCE COMPANY, | |
| Defendant(s). | |

The parties filed a stipulated motion to dismiss this case. Dkt. No. 10. The Court GRANTS the motion and ORDERS that, as requested by the parties, this action and all claims asserted herein are DISMISSED with prejudice and without an award of costs to any party.

Dated this 12th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL - 1